Santos Cammiloj GARCIA *v.* STATE of Arkansas

697 S.W.2d 119

Supreme Court of Arkansas
Opinion delivered October 21, 1985

*Person & VanWinkle,* by: *John R. VanWinkle,* for

appellant.

*Steve Clark*, Att'y Gen., by: *Theodore Holder*, Asst. Att'y Gen., for appellee.

PER CURIAM. Appellant, Santos Cammeloj Garcia, by his attorney, has filed for a rule on the clerk.

His attorney, John R. VanWinkle, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.

PURTLE, J., not participating.